**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SELENE COMMUNICATION TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MONSTER WORLDWIDE, INC., <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 14-434-SLR-SRF ) ) **JURY TRIAL DEMANDED** ) ) ) |

**STIPULATION OF DISMISSAL**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiff Selene Communication Technologies, LLC ("Plaintiff") and Defendant Monster Worldwide, Inc. ("Defendant"), having resolved Plaintiff's claims for relief against Defendant, hereby stipulate to dismiss Plaintiff's claims for relief against Defendant with prejudice.  Plaintiff and Defendant will each bear their own costs and fees related to the above captioned matter and each waive the right to make a claim against the other for such costs, attorney's fees or any other expenses associated with the matters being resolved here.

November 13, 2014

| BAYARD, P.A. | FARNAN LLP |
|---|---|
| */s/ Stephen B. Brauerman* | */s/ Brian E. Farnan* |
| Richard D. Kirk (#922) | Brian E. Farnan (#4089) |
| Stephen B. Brauerman (#4952) | Michael J. Farnan (#5165) |
| Vanessa R. Tiradentes (#5398) | 919 N. Market Street, 12th Floor |
| Sara E. Bussiere (#5725) | Wilmington, DE 19801 |
| 222 Delaware Avenue, Suite 900 | (302) 777-0300 |
| Wilmington, DE 19801 | bfarnan@farnanlaw.com |
| rkirk@bayardlaw.com | mfarnan@farnanlaw.com |
| sbrauerman@bayardlaw.com | |
| vtiradentes@bayardlaw.com | *Attorneys for Defendant Monster Worldwide, Inc.* |
| sbussiere@bayardlaw.com | |
| *Attorneys for Plaintiff Selene Communication Technologies, LLC* | |

IT IS SO ORDERED this_____ day of November 2014.

_____
The Honorable Sue L. Robinson
United States District Judge

2